# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE WHITE,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 71286

**FILED**

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant Maurice White's May 10, 2016, postconviction petition for a writ of habeas corpus (credits). Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Senior Judge.

White challenged the computation of time served as it applied to his parole eligibility. The district court's finding that he had already been granted a parole hearing is supported by evidence in the record. Because the parole hearing was the only relief available to White and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 884 (1989), White's claim is moot. *See Johnson v. Dir., Nev. Dep't. of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-19864

cc: Chief Judge, The Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Maurice White
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk